No. 10–1260.  GARD ET UX. *v.* CITY OF OMAHA, NEBRASKA. Ct. App. Neb.  Certiorari denied.

No. 10–1296.  COATES *v.* OFFICE OF ATTORNEY REGULATION OF COLORADO ET AL.  Sup. Ct. Colo.  Certiorari denied.

No. 10–1324.  HANNAN *v.* CITY OF PHILADELPHIA, PENNSYLVANIA, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–1347.  FREEMAN *v.* MILLER-STOUT, SUPERINTENDENT, AIRWAY HEIGHTS CORRECTIONS CENTER.  C. A. 9th Cir.  Certiorari denied.

No. 10–1372.  FULL VALUE ADVISORS, LLC *v.* SECURITIES AND EXCHANGE COMMISSION.  C. A. D. C. Cir.  Certiorari denied.

No. 10–1376.  LEBLANC ET AL. *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 10–1379.  DAVIS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–1386.  HOFFMAN, AKA ALAMO *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–7592.  DOE *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 10–8832.  HERNANDEZ *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–8907.  GALLAHER *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 10–8908.  GARCIA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–9076.  LAWRENCE *v.* COOPER, ATTORNEY GENERAL OF NORTH CAROLINA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 10–9176.  BURDETT *v.* REYNOSO ET AL.  C. A. 9th Cir. Certiorari denied.